UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN KRAUSE                                              PLAINTIFF

V.                    NO. 2:16CV00141-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                           DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 8th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE